1  **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**
   *A Professional Corporation*
2  1912 I Street
   Sacramento, California  95811
3  Telephone:  (916) 446-4692
   CHRISTOPHER W. MILLER
4  CA State Bar No. 166348

5  Attorneys for Plaintiffs, SAN JOAQUIN DEPUTY SHERIFFS'
   ASSOCIATION, KIM POEUN
6
   **MAYALL HURLEY**
7  *A Professional Corporation*
   2453 Grand Canal Boulevard, Second Floor
8  Stockton, California 95207-8253
   MARK E. BERRY, ESQ.
9  CA State Bar No. 155091

10 Attorneys for Defendants, COUNTY OF SAN JOAQUIN,
   SAN JOAQUIN COUNTY SHERIFF'S OFFICE, and STEVE MOORE
11

12                     **UNITED STATES DISTRICT COURT**

13                **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

14

15 **SAN JOAQUIN DEPUTY SHERIFFS'**        )   **CASE NO.: 2:12-CV-01361-LKK-GGH**
   **ASSOCIATION; KIM POEUN,**             )
16                                         )   **STIPULATION AND**
                     **Plaintiffs,**       )   **ORDER CONTINUING MOTION TO**
17                                         )   **DISMISS**
   **v.**                                  )
18                                         )
   **COUNTY OF SAN JOAQUIN; SAN**          )
19 **JOAQUIN COUNTY SHERIFF'S OFFICE;**    )
   **STEVE MOORE, Sheriff, in his official and** )
20 **individual capacities,**              )
                                           )
21                   **Defendants.**       )
   _____)
22

23        Plaintiffs San Joaquin Deputy Sheriffs' Association; Kim Poeun, ("Plaintiffs") and

24 Defendants, County of San Joaquin, San Joaquin County Sheriffs' Office, and Steve Moore

25 ("Defendants")  through their respective counsel, respectfully submit the following Stipulation and

26 Request to Continue Hearing Date for the Status (Pretrial Scheduling ) Conference.

27        1.     Plaintiffs  filed their Complaint on May 18, 2012, and first Amended Complaint on

28 June 4, 2012.  All defendants were served on June 12, 2012.  This Court scheduled a Status (Pretrial

1   Scheduling) Conference for August 6, 2012.  The Defendants filed their responsive pleading on July

2   3, 2012, setting a hearing date for a Motion to Dismiss also scheduled for August 6, 20121.

3          2.        Counsel for Plaintiffs, Christopher W. Miller,  has a pre-scheduled vacation set for the

4   week of August 6, 2012.  Plaintiff's counsel has meet and conferred with Defendant's counsel, Mark

5   E. Berry, and the parties agree and stipulate to reschedule the Motion to Dismiss to September 17,

6   2012.  This date was obtained by checking the Court's available Motion's dates for Judge Karlton and

7   verbally confirmed as available by Judge Karlton's clerk.

8                                          **STIPULATION**

9          3.        In light of the above, the parties HEREBY STIPULATE that the Motion to Dismiss

10  shall be continued to September 17, 2012 at 10:00 a.m., in Courtroom 4.

11

12          IT IS SO STIPULATED.

13

14  Dated: July 24, 2012                          **MASTAGNI, HOLSTEDT, AMICK,**

15                                                **MILLER & JOHNSEN**

16

17                                                 /s/  CHRISTOPHER W. MILLER
                                                  CHRISTOPHER W. MILLER
18                                                chrism@mastagni.com
                                                  Attorneys for Plaintiff

19

20  Dated: July 24, 2012                          **THE LAW OFFICES OF MAYALL HURLEY**

21

22                                                 /s/ MARK E. BERRY
                                                  MARK E. BERRY
23                                                mberry@mayallaw.com
                                                  Attorneys for Defendants

24

25

26

27

28

---

STIPULATION TO CONTINUE MOTION TO DISMISS      SAN JOAQUIN  DSA, et al. v. COUNTY OF SAN JOAQUIN et al.

Case No. 2:12-cv-01361-LKK-GGH

1

2

<u>ORDER</u>

3       The Motion to Dismiss is rescheduled from August 6, 2012 to September 17, 2012 at

4  10:00 a.m., in Courtroom 4. before Judge Karlton in Chambers/Courtroom No. 4.

5

6       IT IS SO ORDERED.

7

8       DATED: July 25, 2012.

9

10

11                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
12                              UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28