1  **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**
   *A Professional Corporation*
2  1912 I Street
   Sacramento, California  95811
3  Telephone:      (916) 446-4692
   CHRISTOPHER W. MILLER
4  CA State Bar No. 166348

5  Attorneys for Plaintiffs, SAN JOAQUIN DEPUTY SHERIFFS'
   ASSOCIATION, KIM POEUN
6
   **MAYALL HURLEY**
7  *A Professional Corporation*
   2453 Grand Canal Boulevard, Second Floor
8  Stockton, California 95207-8253
   MARK E. BERRY, ESQ.
9  CA State Bar No. 155091

10 Attorneys for Defendants, COUNTY OF SAN JOAQUIN,
   SAN JOAQUIN COUNTY SHERIFF'S OFFICE, and STEVE MOORE
11

12                     UNITED STATES DISTRICT COURT

13                 IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| **SAN JOAQUIN DEPUTY SHERIFFS' ASSOCIATION; KIM POEUN,** | CASE NO.: 2:12-CV-01361-LKK-GGH |
| Plaintiffs, | STIPULATION AND ORDER CONTINUING HEARING DATE FOR STATUS (Pretrial Scheduling) CONFERENCE |
| v. | |
| **COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY SHERIFF'S OFFICE; STEVE MOORE, Sheriff, in his official and individual capacities,** | |
| Defendants. | |

Plaintiffs San Joaquin Deputy Sheriffs' Association; Kim Poeun, ("Plaintiffs") and Defendants, County of San Joaquin, San Joaquin County Sheriff's Office, and Steve Moore ("Defendants") through their respective counsel, respectfully submit the following Stipulation and Request to Continue Hearing Date for the Status (Pretrial Scheduling) Conference.

    1.    Plaintiffs filed their Complaint on May 18, 2012, and First Amended Complaint on June 4, 2012. All defendants were served on June 12, 2012. This Court scheduled a Status (Pretrial

1  Scheduling) Conference for August 6, 2012. The Defendants filed their responsive pleading on July
2  3, 2012, setting a hearing date for a Motion to Dismiss also on August 6, 20121.
3      2.    Counsel for Plaintiffs, Christopher W. Miller, has a pre-scheduled vacation set for the
4  week of August 6, 2012. Plaintiff's counsel has met and conferred with Defendant's counsel, Mark
5  E. Berry, and the parties agree and stipulate to reschedule the Status (Pretrial Scheduling) Conference
6  to the next date available for the Court and parties.

## **STIPULATION**

8      3.    In light of the above, the parties HEREBY STIPULATE that the hearing date for
9  the Status (Pretrial Scheduling) Conference shall be continued to a new date set by the Court.

11  IT IS SO STIPULATED.

13  Dated: July 24, 2012        **MASTAGNI, HOLSTEDT, AMICK,**
                                        **MILLER & JOHNSEN**

                                         /s/  CHRISTOPHER W. MILLER
                                         CHRISTOPHER W. MILLER
                                          chrism@mastagni.com
                                          Attorneys for Plaintiff

Dated: July 24, 2012        **THE LAW OFFICES OF MAYALL HURLEY**

                                         /s/ MARK E. BERRY
                                         MARK E. BERRY
                                         mberry@mayallaw.com
                                         Attorneys for Defendants

## ORDER

The Status (Pretrial Scheduling) Conference is rescheduled from August 6, 2012 at 3:30 p.m. to a new date of October 29, 2012 at 10:30 a.m. before Judge Karlton in Chambers/Courtroom No. 4. The parties shall file their status reports 14 days preceding the status conference.

IT IS SO ORDERED.

DATED: July 25, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT